K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Fernando Rubio

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>             Plaintiff,<br><br>       vs.<br><br>TERESA SILVA RINCON, TRUSTEE of the TERESA SILVA RINCON LIVING TRUST DATED 02-07-96, JOSE SILVA dba ARCO aka T & J MINIMART,<br><br>             Defendants. | No.  1:11-CV-01950-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER**<br>**(Doc. 24)**<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

    IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendants Teresa Silva Rincon, Trustee of the Teresa Silva-Rincon Living Trust dated 02-07-96 and Jose Silva dba Arco aka T & J Minimart ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 3, 2012                                                         MOORE LAW FIRM, P.C.


                                                                                           /s/Tanya E. Moore
                                                                                           Tanya E. Moore
                                                                                           Attorney for Plaintiff Fernando Rubio

1  Date: June 29, 2012                                   LAW OFFICES OF SARA SHAFER

2

3                                                        /s/ Sara L. Shafer
                                                         Sara L. Shafer
4                                                        Attorneys for Defendants
                                                         Teresa Silva Rincon, Trustee of the Teresa
5                                                        Silva-Rincon Living Trust dated 02-07-96;
                                                         Jose Silva dba Arco aka T & J Minimart
6

7
                                    **ORDER**
8

9
        The parties having so stipulated,
10
        IT IS HEREBY ORDERED that this action be DISMISSED, with prejudice, in its
11
    entirety, and that the Clerk of Court administratively CLOSE this case.
12

13
    IT IS SO ORDERED.
14

15      Dated:   **July 3, 2012**                          **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28